### (May 9, 1941.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSE PANTIEL, Appellant, v. WARDEN OF THE HOUSE OF DETENTION FOR WOMEN, His Agents, Servants, Employees, or Whosoever Has Custody of ROSE PANTIEL, Respondent.— Appeal from order dismissing a writ of habeas corpus. On argument, order affirmed, without costs. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

### (May 12, 1941.)

DANIEL J. DENEHY, JR., Respondent, v. PHILIP FENELLI, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

CATHERINE HYNES and Another, Respondents, v. 1239 ST. JOHNS CORPORATION, Appellant.— Motion for leave· to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.